DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGG F. MOSES, D.C., P.A.** a/a/o **FLOR ESTRADA,**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D21-3180

[November 17, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case No. CONO18-000124.

Douglas H. Stein of Douglas H. Stein, P.A., Coral Gables, for appellant.

Marcy Levine Aldrich and Nancy A. Copperthwaite of Akerman LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***